ORIGINAL

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - -X
UNITED STATES OF AMERICA for the
use and benefit of IMCO GENERAL
CONSTRUCTION, INC.,

                  Plaintiff,        14 Civ. 8055 (LLS)

      - against -                   ORDER

THE INSURANCE COMPANY OF THE
STATE OF PENNSYLVANIA,

                  Defendant.
- - - - - - - - - - - - - - - - - -X

    It having been reported to the court that this action is settled, it is

    ORDERED, that this action is dismissed with prejudice but without costs; provided, however, that within thirty days of the date of this order either party may apply by letter for restoration of the action to the court's calendar.

Dated:  New York, New York
        September 11, 2015

                                                /s/ Louis L. Stanton
                                                LOUIS L. STANTON
                                                  U.S.D.J.